# ACROW CORPORATION OF AMERICA, Plaintiff–Appellant,

v.

# UNITED STATES, Defendant–Appellee,

and

# Mabey Bridge & Shore, Inc., Defendant–Appellee.

## No. 2011–5035.

United States Court of Appeals, Federal Circuit.

May 25, 2011.

Thomas A. Coulter, Leclair Ryan, Richmond, VA, for Plaintiff–Appellant.

Lartease M. Tiffith, Department of Justice, Washington, DC, for Defendant–Appellee.

## ON MOTION

## ORDER

Mabey Bridge & Shore, Inc. moves for a 43–day extension of time, until May 27, 2011, to file its brief. Acrow Corporation of America opposes. The United States moves for 60–day extension of time, until June 13, 2011, to file its brief. Acrow opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.